IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| JAMES M. COUCH, JR., | : |
| | : Civil Action File No. |
| Plaintiff, | : |
| | : 2:15-cv-00163-WCO |
| vs. | : |
| | : |
| THE CITY OF HELEN, GEORGIA, | : |
| | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal without prejudice of the instant case, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| **DeLong, Caldwell Bridgers Fitzpatrick & Benjamin, LLC** | **Elarbee, Thompson, Sapp & Wilson, LLP** |
| /s/ Michael A. Caldwell | /s/ Douglas H. Duerr |
| Michael A. Caldwell | Douglas H. Duerr |
| Georgia Bar No. 102775 | Georgia Bar No. 231772 |
| Mitchell D. Benjamin | 229 Peachtree Street, NE |
| Georgia Bar No. 049888 | 800 International Tower |
| 3100 Centennial Tower | Atlanta, Georgia 30303 |
| 101 Marietta Street | (404) 659-6700 |
| Atlanta, GA 30303 | (404) 222-9718 (facsimile) |
| (404) 979-3150 | duerr@elarbeethompson.com |
| (404) 979-3170 (facsimile) | |
| michaelcaldwell@dcbflegal.com | Counsel for Defendant |
| benjamin@dcbflegal.com | |
| Counsel for Plaintiff | |

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JAMES M. COUCH, JR., : | |
| : | Civil Action File No. |
| Plaintiff, : | |
| : | 2:15-cv-00163-WCO |
| vs. : | |
| : | |
| THE CITY OF HELEN, : | |
| GEORGIA, : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I certify that May 11, 2016, I filed the parties' **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing to all attorneys of record.

/s/ Michael A. Caldwell
Michael A. Caldwell
Georgia Bar No. 102775

**COUNSEL FOR PLAINTIFF**